IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: STEVEN J.
SINGER LIVING TRUST, DATED
JANUARY 15, 2011.

KARINA SINGER,
                    Appellant,
          vs.
LENORE BOEKANKAMP; AND
NATASHA SINGER,
                    Respondents.

No. 85403

FILED

NOV 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's "Motion to Strike Unlawful Order for Attempt to Intentionally Defraud the Court ("Motion to Strike")," "Notice of Motion and Motion for an Order to Enforce Court Orders," and "Motion for an Order to Show Cause Regarding Contempt." Eighth Judicial District Court, Clark County; Jessica K. Peterson, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach, LLC*, 129

 

22-34650

Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule provides for an appeal from the order identified here. Accordingly, this court ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Jessica K. Peterson, District Judge
Karina Singer
Ghandi Deeter Blackham
Eighth District Court Clerk